### THE STATE v. CONKLING.

Appeal : NO NOTICE SHOWN : DISMISSAL.

*Appeal from Polk District Court.*—HON. W. H. MCHENRY, Judge.

FILED, JANUARY 29, 1890.

DEFENDANT was convicted of the crime of larceny in a store building in the daytime.

No argument for either party.

ROBINSON, J.—This cause is submitted on a transcript of the indictment, record of judgment and notice of appeal. We discover no error in the record, but as it is not shown that the notice of appeal was ever served, the case is                                                 DISMISSED